IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| ANGELO MINI STORAGE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMCO INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | )   Civil Action No. 6:23-CV-020-C |

## ORDER

The Court notes that the Parties have reached a settlement of all matters in controversy and filed a Joint Notice of Settlement on January 25, 2024.

As such, the above-styled and -numbered civil action is **ADMINISTRATIVELY CLOSED**. The Parties shall file dismissal documents on or before February 28, 2024.

SO ORDERED.

Dated this 29th day of January, 2024.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE