IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| ANGELO MINI STORAGE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMCO INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Civil Action No. 6:23-CV-020-C |

### ORDER

The Court, having considered the Joint Stipulation of Dismissal With Prejudice, filed March, 2024, finds that all claims in the above-styled and -numbered civil action are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and with each Party to bear its own fees and costs.

SO ORDERED this 11th day of March, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE